# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ANTWAN BOGAN,**

          **Plaintiff,**

v.                                      Case No. 18-CV-1108

**MATTHEW MASON,**

          **Defendant.**

## ORDER

On October 18, 2018, the court screened plaintiff Antwan Bogan's complaint under 28 U.S.C. §1915A and stayed this civil rights case against defendant ATF Agent Matthew Mason case until Bogan's criminal case is over. (ECF No. 9.) Bogan has filed a "Notice of Dispositive Motion, or to Remove, Rectify in Part, Correct" in which he requests that the clerk's office correct the docket to add several defendants who were allegedly involved in the conduct giving rise to his allegations against Mason. (ECF No. 10.)

The clerk's office cannot "correct" the case docket to add defendants. Rather, the way to add defendants is to file an amended complaint. Once Bogan's criminal case is over and he petitions to lift the stay in this case, he may file an amended complaint. The amended complaint "must reproduce the entire pleading as amended, and may not

incorporate any prior pleading by reference." Civil L.R. 15(a) (E.D. Wis.). If Bogan files an amended complaint, he must use the enclosed form and the court will screen it under 28 U.S.C. § 1915A. But Bogan is reminded that he should not file an amended complaint until he petitions the court upon completion of his criminal case, *United States v. Bogan*, Case No. 17-cv-186-LA, and the court lifts the stay.

**IT IS THEREFORE ORDERED** that Bogan's motion to amend complaint (titled Notice of Dispositive Motion, or to Remove, Rectify in Part, Correct) (ECF No. 10) is **DENIED**.

**IT IS FURTHER ORDERED** that the clerk's office mail Bogan a pro se prisoner complaint form along with this order.

Dated at Milwaukee, Wisconsin this 3rd day of December, 2018.

WILLIAM E. DUFFIN
U.S. Magistrate Judge

2